THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT EUGENE HIGGINS, Appellant.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.